UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL ADDLEMAN, and NASIR HOSSAIN, individuals,

                    Plaintiff,

          v.

VINTAGE WELLINGTON LLC., a Limited Liability Company, d.b.a. WELLINGTON PLACE APARTMENTS, and COLLECTTECH, a Washington corporation d.b.a. PROPERTY RECEIVABLES CORPORATION, a Washington debt collection agency.

                    Defendants.

NO. 2:25-cv-00808-RSM

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST PROPERTY RECEIVABLES CORPORATION

    IT IS HEREBY STIPULATED and agreed by and among the parties that have appeared in this case, Paul Addleman and Nasir Hossain on one side, and Property Receivables Corporation on the other side, that all claims against Property Receivables Corporation should be dismissed with prejudice pursuant to a settlement agreement. The parties further stipulated that the claims against Defendant Vintage Wellington, LLC should not be dismissed.

    RESPECTFULLY SUBMITTED AND DATED this 22nd day of June, 2026.

STIPULATION AND ORDER OF  DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AGAINST PROPERTY
RECEIVABLES CORPORATION - 1

LEONARD LAW, PLLC

By: /s/ Sam Leonard
   Sam Leonard, WSBA #46498
   9030 35th Ave SW, Suite 100
   Seattle, WA 98126
   Ph: 206-486-1176
   Fx. 206-458-6028
   Email: sam@seattledebtdefense.com

*Attorney for Plaintiffs*

DOBIN LAW P.S.

By:/s/  Marc Dobin
   Marc S. Dobin, WSBA No. 60751
   9123 NE Juanita Dr., Unit 411
   Kirkland, WA 98034-3580
   Ph: 425-549-4487
   Email: mdobin@dobinlaw.com
   *Attorney For Defendant*

## PROPOSED ORDER

The Court having reviewed the Stipulation of the parties and being fully informed in the same hereby DISMISSES with prejudice and without an award of costs or fees Defendant Property Receivables Corporation. This dismissal does not dismiss Plaintiffs' claims against Vintage Wellington, LLC.

SO ORDERED this 22nd day of June, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF  DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AGAINST PROPERTY
RECEIVABLES CORPORATION - 2